IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ISRAEL JEREMIAH GODFREY,   )
                           )
            Plaintiff,     )
                           )
      v.                   )    1:22CV589
                           )
NC DEPARTMENT OF PUBLIC    )
SAFETY, et al.,            )
                           )
            Defendant(s).  )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina housed at Avery Mitchell Correctional Institution, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that a serious flaw makes it impossible to further process the Complaint. The problem is:

1. Plaintiff does not name proper defendants. Plaintiff must name the persons who are actually responsible for the alleged violations of his constitutional rights. Instead, he names only the State of North Carolina and one of its Departments as Defendants.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defect of the present Complaint. To the extent Plaintiff chooses to file a new Complaint, the Court also notes that it appears that the potential defendants may be located in the Western District of North Carolina, where Plaintiff is housed or the Eastern District of North Carolina to the extent

Plaintiff seeks to sue policy makers within the North Carolina Department of Public Safety. The events challenged in the Complaint appear to have occurred in the Western District. Therefore, it appears that venue would be proper in on of those Districts, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in those Districts. See 28 U.S.C. § 1391(b). The addresses are: Eastern District--310 New Bern Avenue, Room 574, Raleigh, NC 27601; Western District--Room 210, Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, NC 28202.[1]

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in a proper district, which corrects the defects cited above.

This, the 29th day of August, 2022.

                                              /s/ L. Patrick Auld
                                              **L. Patrick Auld**
                                      **United States Magistrate Judge**

---

[1] If Plaintiff chooses to re-file his complaint here in this District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.