IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ISRAEL JEREMIAH GODFREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:22CV589 |
| | ) |
| NC DEPARTMENT OF PUBLIC SAFETY, et. al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 29, 2022, was served on the parties in this action. (ECF Nos. 3, 4.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 5).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be FILED and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in a proper district, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 14th day of September 2022.

/s/ Loretta C. Biggs
United States District Judge